UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MICHAEL GONZALES, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 7:18-CV-00061 |
| | § § | |
| LEISURE COMMUNITIES, LLC, *et al*, | § § | |
| Defendants. | § | |

# ORDER

The Court now considers Raymond and Michael Gonzales's ("Plaintiffs") notice of voluntary dismissal.[1] Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides for voluntary dismissal by a plaintiff, so long as it is filed "before the opposing party serves either an answer or a motion for summary judgment . . . ." Here, Plaintiffs' notice of dismiss was filed before Defendants Leisure Communities, LLC or Matthias Baumueller filed an answer or motion for summary judgment. Accordingly, this case is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 20th day of March, 2018.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 5.